# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AZEEZ MOMOH,<br><br>        Petitioner,<br><br>    v.<br><br>ELVIN VALENZUELA, Warden,<br><br>        Respondent. | No. LA CV 09-06770-VBF-CW<br><br>ORDER Overruling Petitioner's Objections and Adopting the Report and Recommendation;<br><br>Denying Petition for Writ of Habeas Corpus;<br><br>Dismissing the Action with Prejudice |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the petition for a writ of habeas corpus and accompanying memorandum, the respondent's answer and accompanying memorandum, petitioner's reply, the decision of the state court, the other records on file herein, the applicable law, and the well-reasoned Report and Recommendation ("R&R") of the Honorable Carla Woehrle, United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the R&R to which petitioner has specifically objected.

Petitioner's objections **[Doc # 55] are OVERRULED.**

The Report and Recommendation **[Doc # 51] is ADOPTED.**

The petition for a writ of habeas corpus **[Doc # 1] is DENIED**.

The Court will rule on a certificate of appealability by separate document.

As required by Fed. R. Civ. P. 58(a), final judgment will be entered by separate document.

1     This action is **DISMISSED** with prejudice.

3   DATED:     January 20, 2015

*Valerie Baker Fairbank*

VALERIE BAKER FAIRBANK
Senior United States District Judge