# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| AZEEZ MOMOH, | ) | No. LA CV 09-06770-VBF-CW |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| ELVIN VALENZUELA, Warden, | ) | |
| Respondent. | ) | |

Final judgment is hereby entered in favor of the respondent and against petitioner Azeez Momoh.

DATED: January 20, 2015

*Valerie Baker Fairbank*

VALERIE BAKER FAIRBANK
Senior United States District Judge